# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERUBEY ROSARIO-ESPINOSA,<br><br>Defendant. | Case No. 18-cr-5471-AJB<br><br>**ORDER AND JUDGEMENT DISMISSING INDICTMENT**<br><br>[Dkt. No. 26] |

Upon joint motion of the parties, the Court **GRANTS** the motion [Dkt. No. 26], and **DISMISSES** the Information [Dkt. No. 13] without prejudice.

**IT IS SO ORDERED.**

Dated: 3-14-19

By: _____
ANTHONY J. BATTAGLIA
U.S. District Judge